UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WLODZIMIERZ JANUSZ DZWONCZYK,

                    Plaintiff,

   v.                                          ORDER
                                               07-CV-598A

STATE UNIVERSITY OF NEW YORK
AT BUFFALO, et al.,

                    Defendants.

---

      This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A). On November 26, 2007, plaintiff filed a motion to dismiss/disqualify counsel.

      On January 2, 2008, Magistrate Judge McCarthy filed a Text Order, denying plaintiff's motion. On January 30, 2008, plaintiff filed objections to the Magistrate Judge's Order.

      Pursuant to 28 U.S.C. § 636(b)(1)(A), the district court "may reconsider any pretrial matter under this [section] where it has been shown that the magistrate's order is clearly erroneous or contrary to law." The Court has reviewed defendants' objections and Magistrate Judge McCarthy's Order. Upon such review, the Court finds that Magistrate Judge McCarthy's Order is neither clearly erroneous nor contrary to law.

      Accordingly, the Court affirms the Order.

SO ORDERED.

                                          s/ *Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

DATED:  February 5, 2008